UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                          Case No: 13-04524-3G7

BOBBY J. CARSWELL

_____ Debtor(s). /

### TRUSTEE'S NOTICE OF INTENT TO SELL
### PROPERTY OF THE ESTATE AT PRIVATE SALE

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

PURSUANT TO M.D. FLA. L.B.R. 2002-4, THE COURT WILL CONSIDER THIS MATTER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES AN OBJECTION WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE OF THIS PAPER. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE YOUR OBJECTION WITH THE CLERK OF THE BANKRUPTCY COURT, 300 N. HOGAN STREET, SUITE 3-350, JACKSONVILLE, FL 32202, AND SERVE A COPY ON THE ATTORNEY FOR THE TRUSTEE, GORDON P. JONES, P.O. BOX 600459, JACKSONVILLE, FL 32260-0459. IF YOU FILE AND SERVE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL SCHEDULE A HEARING AND YOU WILL BE NOTIFIED. IF YOU DO NOT FILE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.

---

PLEASE TAKE NOTICE that, pursuant to 11 U.S.C §363(b), Federal Rule of Bankruptcy Procedure 6004, and M.D. FLA. L.B.R. 2002-4 and 6004-1, the Trustee will sell at private sale the Estate's interest in the following described property:

> Estate's interest in 1998 Chevrolet G1500 Express Van with approximately 222,890 miles appraised at $900 for **$800;** estate's interest in 1976 Ford F350 Single Cab DRW with approximately 635,664 miles appraised at $550 for **$500;** estate's one-half interest in 2000 Chevrolet Silverado 1500 LS Ext Cab 3D with approximately 202,978 miles appraised at $1,750 for **$1,500**

The sale shall be to the Debtor(s) for not less than $2,800 payable on or before March 8, 2014. Payment shall be made to **Gordon P. Jones, Trustee, and mailed to Post Office Box 600459, Jacksonville, FL 32260-0459.**

1

The Trustee will entertain higher bids for the purchase of the property described above. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by Gordon P. Jones, as Trustee, at the address listed below no later than the close of business on twenty-one (21) days from the date of mailing as indicated below. If more than one bid is received, a telephone auction will occur among the bidders on the earliest date the trustee can arrange such auction. The Estate reserves the right, without penalty, to withdraw this offer of sale at any time, and any funds, bids or deposits received by the Trustee prior to the expiration of the twenty-one day objection period shall be held in trust pending completion of the sale. This sale shall not become final until after the expiration of the twenty-one day objection period set forth above, and/or a favorable disposition of any objections to the sale filed as outlined above. The property is being sold subject to all liens and encumbrances of record, if any. The proceeds of the sale shall become property of the Estate and distributed according to the Bankruptcy Code. The Trustee has considered the tax consequences of the sale and believes that the sale is in the best interest of the estate and recommends it to the creditors. **The property is being sold "as is, where is" with no warranties of any kind, "express, implied, or otherwise." It is the buyers' responsibility to examine title or otherwise identify any encumbrances on the property not disclosed herein. To the extent that encumbrances not disclosed above exist, it is the buyers' responsibility to satisfy those encumbrances.**

Dated: February 11, 2014

/s/ *Gordon P. Jones*
Gordon P. Jones
Florida Bar No.: 829439
Post Office Box 600459
Jacksonville, FL 32260-0459
(904) 262-7373
Trustee

A copy of the foregoing was furnished by Gordon P. Jones, Trustee, via U.S. Mail, postage prepaid, this 11th day of February, 2014 or electronically by the Bankruptcy Noticing Center, to all creditors and parties in interest on the mailing matrix.

Label Matrix for local noticing
113A-3
Case 3:13-bk-04524-PMG
Middle District of Florida
Jacksonville
Tue Feb 11 09:44:31 EST 2014

The Bank of New York Mellon fka The Bank of
One Independent Drive, Suite 1650
Jacksonville, FL 32202-5019

Ar Resources Inc
1777 Sentry Pkwy W
Blue Bell, PA 19422-2206

CA Emer Phys Med Grp
P.O. box 582663
Modesto, CA 95358-0070

Collection Bur Ft Walt
711 Eglin Pkwy E
Fort Walton Beach, FL 32547-2527

Ford Motor Credit Corporation
Ford Motor Credit
Po Box 6275
Dearborn, MI 48121-6275

Interal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Localedge
P.O. Box 25934
Lehigh Valley, PA 18002-5934

Merchants Association
Collection Division, Inc
Dept 363, PO Box 4115
Concord, CA 94524-4115

Nco Fin/09
Attention: Bankruptcy
507 Prudential Rd
Horsham, PA 19044-2308

Bobby J. Carswell
742 Gardenia Lane
Jacksonville, FL 32208-3547

Accel Recv M
3219 Atlantic Blvd
Jacksonville, FL 32207-8901

Authorize.Net
808 East Utah Valley Drive
American Fork, UT 84003-9707

CMRE Financial Services, Inc
3075 E Imperial Hwy #200
Brea, CA 92821-6753

Duval County Tax Collector
231 Forsyth St.  #130
Jacksonville FL 32202-3380

Hsbc Bank
Attention:  HSBC Retail Services
Po Box 5264
Carol Stream, IL 60197-5264

Intl Coll Sv/MAF Collections
Po Box 2842
Tampa, FL 33601-2842

Memorial Hospital Jackso
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927

Mg Credit
5115 San Juan Ave
Jacksonville, FL 32210-3137

North County Trama Assoc.
2067 Wineridge Place
Suite A
Escondido, CA 92029-1952

Peter Mocke
Fleming & Company, LLC
11636 Davis Creek Rd., E.
Jacksonville, FL 32256-3018

American InfoSource LP as agent for
DIRECTV, LLC
Mail Station N387
2230 E Imperial Hwy
El Segundo, CA 90245-3504

Business Revenue Syste
2419 Spy Run Ave Ste A
Fort Wayne, IN 46805-3262

City Ntl Bk/Ocwen Loan Service
Attn: Bankruptcy
P.O. Box 24738
West Palm Beach, FL 33416-4738

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Ic Systems Inc
Po Box 64378
St. Paul, MN 55164-0378

Jacksonville Cardiovascular
6444 Beach Blvd
Jacksonville, FL 32216-2891

Memorial Hospital Jacksonvil
PO Box 740771
Cincinnati, OH 45274-0771

NPAS Affiliate, Inc.
P.O. Box 99400
Louisville, KY 40269-0400

Podiatry Centers of N FL
c/o Francine Clair Landau
3740 Beach Blvd., Suite 307-B
Jacksonville, FL 32207-3819

United States Trustee
135 W Central Blvd, Suite 620
Orlando, FL 32801-2476

Valley Path Med Assoc, Inc
P.O. Box 744127
Dallas, TX 75374-4127

Gordon P. Jones +
P O Box 600459
Jacksonville, FL 32260-0459


Candyce M. King +
King & Dolaghan, P.A.
2219 Park Street
Jacksonville, FL 32204-4315

United States Trustee - JAX 13/7 +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2217

Lisa DiSalle +
Quintairos, Prieto, Wood & Boyer, P.A.
One Independent Drive, Suite 1650
Jacksonville, FL 32202-5019

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Paul M. Glenn
Jacksonville

(d)Gordon P. Jones +
P O Box 600459
Jacksonville, FL 32260-0459

(d)Gordon P. Jones +
P.O. Box 600459
Jacksonville, FL 32260-0459


End of Label Matrix
Mailable recipients    36
Bypassed recipients     3
Total                  39